**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

Daniel Maki,                              )
    Plaintiff,                          )   Case No.:  4:25-cv-01544 SRC
                                              )
vs.                                       )
                                              )
I.Q. Data International, Inc              )
    Defendant,                          )
                                              )

### PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

Plaintiffs' bring this motion to voluntarily dismiss all claims in their Complaint in this lawsuit

with prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

Plaintiffs' motion is based upon the memorandum of law and supporting papers filed herewith,

arguments of counsel, and all of the files, records and proceedings herein.


/s/ *Matthew P. Cook*_____
Matthew P. Cook #62815
Cook Law, LLC
2885 Sanford Ave SW #42270
Grandville, MI 49418
Phone:  314-200-5536
Email:  Cookmp21@yahoo.com

*Attorney for Plaintiff*


### CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of July, 2026, I filed the foregoing via ECF filing, which
has served all interested parties:

Paul Gamboa, pgamboa@grsm.com
*Attorney for Defendant*


   /s/ Matthew P. Cook
      Matthew P. Cook